456

## KELLEY v. STATE.

### No. 27032.

Court of Criminal Appeals of Texas.

June 9, 1954.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

This is a conviction, upon a plea of guilty, for the offense of robbery by assault; the punishment, thirty years' confinement in the penitentiary.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

No motion for rehearing will be permitted to be filed.

The judgment is affirmed.

Opinion approved by the Court.